LINCOLN SQUARE LEGAL SERVICES, INC.

| Fordham University School of Law | Tel 212-636-6934 |
| 150 West 62nd Street, Ninth Floor | Fax 212-636-6923 |
| New York, NY 10023 | |

July 8, 2026

(By ECF)
The Honorable Ann M. Donnelly
United States District Court EDNY
225 Cadman Plaza East, Courtroom 4GN
Brooklyn, New York 11201

    Re:  Singh v United States
        1:25-cv-0056 (AMD)(TAM) EDNY
        **Joint Status Report**

Your Honor:

Pursuant to the Court's June 30, 2026 Order, the parties respectfully submit this Joint Status Report.

Following discussions between counsel, the parties have agreed to engage in informal discovery and settlement discussions regarding the merits of Plaintiff's claim for a theft loss deduction.

At this time, the parties believe that formal mediation would be premature because they have not yet completed the informal exchange of information necessary to evaluate the merits of Plaintiff's claim and the potential for settlement. The parties are hopeful that these discussions will facilitate a resolution of this matter without further litigation.

The parties will continue to confer in good faith and will promptly apprise the Court of any material developments.

Respectfully submitted,

/s/ Elizabeth Maresca

ELIZABETH MARESCA
Supervising Attorney
Lincoln Square Legal Services, Inc.
Fordham Law School
150 W. 62nd Street, 9th Fl.
New York, NY 10023
212-636-7353
emaresca@lsls.fordham.edu
Attorneys for Plaintiff

/s/ Daniel M. Caves

DANIEL M. CAVES
Trial Attorney
Civil Division Tax Litigation Branch
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
202-514-6058
Daniel.M.Caves@usdoj.gov
Attorney for Defendant United States of America