UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIET R. SINGH,<br>*Plaintiff,*<br>*v.*<br>UNITED STATES OF AMERICA,<br>*Defendant.* | No. 1:25-cv-00056-AMD-TAM<br>District Judge Ann M. Donnelly<br>Magistrate Judge Taryn A. Merkl |

**JOINT STATUS REPORT REGARDING SETTLEMENT**

Pursuant to the Court's order of August 7, 2026, the plaintiff Juliet R. Singh and the defendant United States of America (collectively the "Parties") submit the following status report:

1. On June 29, 2026, the Court held oral argument on the United States' motion to dismiss, where the Court encouraged the Parties to discuss the feasibility of settlement, including through mediation.

2. On July 8, 2026, the Parties conferred via telephone to discuss the prospects of settlement. The Parties agreed that settlement and mediation would not be fruitful without some discovery, given the fact that the United States' still-pending motion to dismiss is jurisdictional and the burden of proof on the merits in this tax refund suit remains with the plaintiff. The Parties filed a joint status report the same day. *See* ECF No. 23.

3. On August 11, 2026, the plaintiff submitted a settlement offer to the United States that asks the United States to concede the full amount of the alleged theft loss. The plaintiff attached supporting documents that were discussed during the July 8, 2026 telephone conference. The United States is requesting additional informal discovery from the plaintiff.

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

*_/s/ Elizabeth Maresca (with consent)_*
ELIZABETH MARESCA
Lincoln Square Legal Services, Inc.
Fordham Law School
150 W. 62nd Street
9th Floor
New York, NY 10023
(212) 636-7353
emaresca@lsl.fordham.edu
*Counsel for the Plaintiff*

*_/s/ Daniel M. Caves_*
DANIEL M. CAVES
Trial Attorney
Civil Division, Tax Litigation Branch
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
202-514-6058 (v) | 202-514-5238 (f)
Daniel.M.Caves@usdoj.gov
*Counsel for the Defendant*