UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JULIET R. SINGH,<br><br>*Plaintiff,*<br><br>*v.*<br><br>UNITED STATES OF AMERICA,<br><br>*Defendant.* | : | No. 1:25-cv-00056-AMD-TAM<br><br>District Judge Ann M. Donnelly<br>Magistrate Judge Taryn A. Merkl |

## **JOINT STATUS REPORT**

Pursuant to the Court's order of August 12, 2026, the plaintiff Juliet R. Singh and the defendant United States of America submit the following status report:

1. On August 11, 2026, the plaintiff submitted a settlement offer to the United States that asks the United States to concede the full amount of the alleged theft loss. The plaintiff attached supporting documents that were discussed during the July 8, 2026 telephone conference.

2. The plaintiff has represented to the United States that it has no other documents to produce informally, and that counsel for the United States may reach out to the NYPD detective and Secret Service special agent identified in the record for additional information, but that if either source requires a formal subpoena before producing documents to let the plaintiff know.

3. Counsel for the United States has reached out to the NYPD detective by telephone and email but has not heard back. The Secret Service special agent responded to a telephone message on August 21, 2026, and advised that she recalls the plaintiff's case and that there are documents but that she must confirm whether she can produce those documents informally or if a formal subpoena will be required. Counsel for the United States has not yet heard back from the agent.

Respectfully Submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

*<u>/s/ Elizabeth Maresca (with consent)</u>*
ELIZABETH MARESCA
Lincoln Square Legal Services, Inc.
Fordham Law School
150 W. 62nd Street
9th Floor
New York, NY 10023
(212) 636-7353
emaresca@lsl.fordham.edu
*Counsel for the Plaintiff*

*<u>/s/ Daniel M. Caves</u>*
DANIEL M. CAVES
Trial Attorney
Civil Division, Tax Litigation Branch
U.S. Department of Justice
P.O. Box 55
Washington, D.C. 20044
202-514-6058 (v) | 202-514-5238 (f)
Daniel.M.Caves@usdoj.gov
*Counsel for the Defendant*